**Order entered October 3, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00850-CV

### AMERICAN HONDA MOTOR CO., INC., Appellant

### V.

### SARAH MILBURN, ET AL., Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16470**

## ORDER

Before the Court is the October 1, 2019 request of Lanetta Williams, Official Court Reporter for the 116th Judicial District Court, for a second extension of time to file the reporter's record. We **GRANT** the request and extend the time to **October 21, 2019**. We caution Ms. Williams that further extension requests will be disfavored.

/s/     BILL WHITEHILL
        JUSTICE